United States District Court
Southern District of Texas
**ENTERED**
July 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ROLANDO LARENA LABRADA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-1633 |
| | § | |
| RAYMOND THOMPSON, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Respondent's Motion to Dismiss, this action is **DISMISSED WITHOUT PREJUDICE.**

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 16th day of July, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE